## James M. ROHAN, Claimant–Appellee,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7077.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Martin F. Hockey, Jr., Principal Attorney, Washington, DC, for Respondent–Appellant.

James M. Rohan, of Counsel, Sun Prairie, WI, for Claimant–Appellee.

Before NEWMAN, LOURIE, and CLEVENGER, Circuit Judges.

LOURIE, Circuit Judge.

### ORDER

James M. Rohan moves to dismiss the Secretary of Veterans Affairs' appeal for failure to file a brief. The Secretary opposes[1] and moves to vacate the Court of Appeals for Veterans Claims' decision in *Rohan v. Principi*, 02–1439 (November 18, 2003), and remand the case for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).[2]

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Rohan's motion to dismiss is denied.

(2) The Secretary's motion to vacate and remand the case is granted.

## Michael T. RUDD, Claimant–Appellee,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7078.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Martin F. Hockey, Jr., Principal Attorney, Department of Justice, Washington, DC, for Respondent–Appellant.

1. The Secretary's motion for leave to file his opposition out of time is granted.

2. Initially, the Secretary moved to stay the proceedings in the above captioned appeal pending this court's resolution of *Yodice v. Principi*, 04–7041, –7047. Rohan opposed. However, on April 23, 2004, the court vacated the Court of Appeals for Veterans Claims' decision in *Yodice* and remanded the case for further proceedings consistent with this court's decision in *Conway*. In recognition of this action, the Secretary subsequently filed the instant motion to vacate and remand. The motion to stay pending resolution of *Yodice* is moot.

Richard Robert James, Principal Attorney, Richard Robert, Glen Allen, VA, for Claimant–Appellee.

Michael T. Rudd, of Counsel, Lincoln, NE, pro se.

Before NEWMAN, LOURIE, and CLEVENGER, Circuit Judges.

LOURIE, Circuit Judge.

### ORDER

Michael T. Rudd moves to dismiss the Secretary of Veterans Affairs' appeal for failure to file a brief or "that the disposition below be affirmed summarily." The Secretary moves to vacate the Court of Appeals for Veterans Claims' decision in *Rudd v. Principi*, 02–0300 (November 14, 2003), and remand the case for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).* Rudd opposes. The Secretary replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Rudd's motion to dismiss is denied.

(2) Rudd's alternative motion to summarily affirm is denied.

(3) The Secretary's motion to vacate and remand the case is granted.

---

* Initially, the Secretary moved to stay the proceedings in the above captioned appeal pending this court's resolution of *Yodice v. Principi*, 04–7041, –7047. Rudd opposed. However, on April 23, 2004, the court vacated the Court of Appeals for Veterans Claims' decision in *Yodice* and remanded the case